

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00895-CR

Gary **PETERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. 11-10-0393-CRC
Honorable Marvin Quinney, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 23, 2014.

Karen Angelini, Justice